UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENT MADDOX AND<br>PAULINE SIMMONS MADDOX | CIVIL ACTION NO. 6:19-cv-01139 |
| VERSUS | JUDGE JUNEAU |
| JELD-WEN, INC., CHANEY LUMBER<br>& SUPPLY, INC., AND ABC<br>INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' motion for remand (Rec. Doc. 6) is GRANTED to the extent that the plaintiffs seek remand of this action to state court, and this matter is REMANDED to the 16th Judicial District Court, Iberia Parish, Louisiana, consistent with the report and recommendation; in all other respects, the motion is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of November, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE